**Aya Healthcare**

| | |
|---|---|
| Employer Name: | Aya Healthcare Services Inc |
| Employer Phone: | 8666877390 |
| Employer Address: | 5930 Cornerstone Ct West Suite 300 San Diego, CA 92121 |

| | |
|---|---|
| Employee Name: | Letha Reese |
| Employee #: | 1816017 |
| Employee Address: | 305 Elbrus Way Grovetown, GA 30813 |
| Department: | Travel |
| Job Title: | Surgical Services |

| | |
|---|---|
| Pay Date: | 5/30/2025 |
| Pay Period: | 5/18/2025 - 5/24/2025 |
| Deposit Advice #: | 956724054 |
| Pay Frequency: | Weekly |
| Pay Rate: | 15.0000 |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | Single (GA) |
| State Exemptions: | 0 (GA) |

| | Current 5/18/2025 - 5/24/2025 | | | YTD As of 5/24/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 7.50 | | $112.50 | 7.50 | $112.50 |
| Regular | 7.50 | 15.0000 | $112.50 | 7.50 | $112.50 |
| **Taxes** | | | $8.61 | | $8.61 |
| Social Security EE | | | $6.98 | | $6.98 |
| Medicare EE | | | $1.63 | | $1.63 |
| **Reimbursements** | | | $144.80 | | $144.80 |
| Meals Per Diem | | | $58.00 | | $58.00 |
| Housing Stipend | | | $86.80 | | $86.80 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $248.69 | | $248.69 |
| Direct Deposit | 124303162 | XXXXXXXX8873 | $248.69 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Sick Balance: | 2.76 Hours | Sick Accrued: | 0.25 Hours |

Page 1 of 1

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Letha Michelle Reese**  
Debtor(s)

Case No. _____  
Chapter **13**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I,  **Letha Michelle Reese**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☑ Other

**Debtor's last day of employment was on May 24, 2025. She started receiving unemployment on July 3rd, 2025.**

Date **July 14, 2025**

Signature  /s/ **Letha Michelle Reese**    *Letha Michelle Reese*  
**Letha Michelle Reese**  
Debtor

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
VKMIK-AGKYR-JTTYD-QF9NL

**DOCUMENT COMPLETED BY ALL PARTIES ON**
15 JUL 2025 17:24:53 UTC

**SIGNER**
**LETHA MICHELLE REESE**

**TIMESTAMP**
SENT
15 JUL 2025 17:09:48 UTC
VIEWED
15 JUL 2025 17:19:52 UTC
SIGNED
15 JUL 2025 17:24:53 UTC

**SIGNATURE**
*Letha Michelle Reese*

IP ADDRESS
12.200.125.227

LOCATION
ATLANTA, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
15 JUL 2025 17:19:52 UTC

Signed with PandaDoc

PAGE 1 OF 1

